IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Criminal Action:   15-cr-00337-RBJ | Date:  February 26, 2016 |
| Courtroom Deputy:  Julie Dynes | Court Reporter: Kara Spitler |
| Interpreter:       N/A | Probation:  Melissa Roberts |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>          **Plaintiff**<br><br>v.<br><br>1.  BLAINE M. STANTON<br>          **Defendant(s)** | *Jeremy S. Sibert*<br><br><br><br><br>*Scott T. Varholak* |

### COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**     8:29 a.m.

Appearances of counsel.

Defendant present in custody.

Victim is running late.

**8:31 a.m.      Court in recess.**
**8:43 a.m.      Court in session.**

Argument given on sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

**ORDERED:**  Objections to the Probation report are **GRANTED IN PART and DENIED IN PART** as stated on the record.

Court states its findings and conclusions.

**ORDERED:** [30] Defendant's Sentencing Statement and Motion for Variant Sentence is **DENIED.**

**ORDERED:** Restitution ordered in the amount of $1181 to Key Bank and $2661.50 to the victim, as stipulated.

Defendant shall be **imprisoned** for **30 months** as to Count One of the Indictment.

Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **3 years.**

**Standard/Mandatory/Discretionary Conditions** of Supervised Release, as stated on the record, including a **$100.00** Special Assessment fee, to be paid immediately.

Court RECOMMENDS that defendant receive credit for all time served in federal custody on this case.

Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility in Colorado.

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:** Defendant is **REMANDED** to the custody of the U.S. Marshal.

**Court in recess:** 9:29 a.m.          Hearing concluded.          Total time:     00:48